**CYTOLOGIX CORPORATION, Plaintiff–Appellant,**

v.

**VENTANA MEDICAL SYSTEMS, INC., Defendant–Cross Appellant.**

**Cytologix Corporation, Plaintiff– Cross Appellant,**

v.

**Ventana Medical Systems, Inc., Defendant–Appellant.**

Nos. 04–1353, 04–1354, 04–1446, 04–1450.

United States Court of Appeals, Federal Circuit.

July 29, 2004.

Jack R. Pirozzolo, Principal Attorney, Willcox, Pirozzolo, Boston, MA, for Plaintiff–Appellant.

Sean William Gallagher, Principal Attorney, Bartlit Beck, Chicago, IL, for Defendant–Cross Appellant.

*ORDER*

PROST, Circuit Judge.

Upon review of the recently docketed appeals, 04–1446, 04–1450, the court considers whether the two previously filed

appeals, 04–1353, 04–1354 should be dismissed as premature.

On June 15, 2004, we dismissed two appeals, 04–1312, –1313 as premature. However, there were also two other premature appeals, 04–1353, –1354. Appeals 04–1446, –1450 were timely filed.

Accordingly,

IT IS ORDERED THAT:

Appeals 04–1353, –1354 are dismissed as premature. Each side shall bear its own costs in 04–1353, –1354. Ventana Medical Systems, Inc. has been designated as the appellant in 04–1446, –1450. Ventana's opening brief in those appeals is due within 30 days of the date of filing of this order.